UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MISLAV BASIC, NATHAN GRUBER, OREN GRUBER, KEVIN BOUDREAU, DANIEL SCHWAIBOLD, ALEX THOMAS, GREGORY THOMAS, and BENJAMIN AYERS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BPROTOCOL FOUNDATION, GALIA BENARTZI, GUY BENARTZI, EYAL HERTZOG, YEHUDA LEVI, and BANCOR DAO,<br><br>*Defendants*. | Case No: 1:23-cv-00533-RP |

**DEFENDANT YEHUDA LEVI'S
MOTION TO JOIN SCHEDULING ORDER, ECF NO. 10**

COMES NOW defendant Yehuda Levi, by and through his undersigned counsel, and moves to join the Order Granting Agreed Motion to Extend Deadline to Respond to the Complaint and to Modify Certain Related Deadlines (the "Scheduling Order") [ECF No. 10].

1.   Pursuant to Paragraph 7 of the Scheduling Order, any party who is not an Initial Party, as defined in the Scheduling Order, and later appears in this Action may at their option elect to be bound by the terms of the Scheduling Order, and will be subject to its provisions as if they were an Initial Party.

2.   Defendant Yehuda Levi hereby agrees to, and elects to be bound by, the terms of the Scheduling Order pursuant to Paragraph 7 thereof.

WHEREFORE, Defendant Yehuda Levi prays for an order granting his Motion to Join the Scheduling Order, ECF No. 10.

Respectfully submitted:

**EWELL, BROWN, BLANKE & KNIGHT LLP**

By: __/s/Gary Ewell_____
Gary Ewell
State Bar No. 06752800
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone: (512) 770-4000
Facsimile: (877) 851-6384
gewell@ebbklaw.com

*Admitted Pro Hac Vice:*
Kayvan B. Sadeghi
Joanna Wright
Emily S. Mannheimer
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
Fax: (212) 891-1699
ksadeghi@jenner.com
jwright@jenner.com
emannheimer@jenner.com

*Attorneys for Defendants BProtocol Foundation, Galia Ben-Artzi, Guy Ben-Artzi, Eyal Hertzog, Bancor DAO, and Yehuda Levi*

**CERTIFICATE OF SERVICE**

      I certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Case Management/Electronic Case Files (CM/ECF) system which will send notification of this filing to all counsel of record.

                                      By: */s/ Gary Ewell*
                                               Gary Ewell