## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| MISLAV BASIC, NATHAN GRUBER, KEVIN BOUDREAU, DANIEL SCHWAIBOLD, and KEITH ZACHARSKI, on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>BPROTOCOL FOUNDATION, LOCALCOIN LTD., GALIA BEN-ARTZI, GUY BEN-ARTZI, EYAL HERTZOG, YEHUDA LEVI, and BANCOR DAO,<br><br>      *Defendants*. | Case No.:  1:23-cv-00533-RP |

### Certificate of Service

 I hereby certify that, on October 25, 2023, I served a true and correct copy of the First Amended Class Action Complaint (ECF No. 37) by email on Kayvan B. Sadeghi, counsel of record for Defendants BProtocol Foundation, Galia Ben-Artzi, Guy Ben-Artzi, Eyal Hertzog, Yehuda Levi and Bancor DAO, pursuant to Fed. R. Civ. P. 5(b) and Section 5 of the Administrative Policies and Procedures for Electronic Filing for the Western District of Texas.  I further certify that Mr. Sadeghi consented in writing to accept service of the Amended Complaint by email.

DATED:  New York, New York  
     November 15, 2023

*/s/ Margaret B. Hoppin*  
Margaret B. Hoppin

HOPPIN GRINSELL LLP  
11 Broadway, Ste. 615  
New York, NY 10004  
Telephone:  646.475.3550  
margot@hoppingrinsell.com

*Attorneys for Plaintiffs*