1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER&BLOCK LLP

Kayvan Sadeghi
Tel +1 212 891 1652
KSadeghi@jenner.com

May 10, 2024

**VIA ECF**

The Honorable Mark Lane
United States District Court
Western District of Texas
501 West 5th Street, Suite 7400
Austin, TX 78701

Re:   *Basic v. Bprotocol*, 23-cv-00533-RP

Dear Judge Lane:

    We write on behalf of Defendants Bprotocol Foundation, LocalCoin Ltd., Galia Ben-Artzi, Guy Ben-Artzi, Eyal Hertzog and Yehuda Levi (the "Moving Defendants") in the above-referenced action. The Moving Defendants have filed their Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 54), which yesterday was referred to Your Honor for a report and recommendation.

    The Moving Defendants respectfully request oral argument on the Motion to Dismiss.

    The Moving Defendants certify that they conferred with Plaintiffs' counsel regarding this request. Plaintiffs decline to join, but state that they do not object to the request for oral argument and a hearing.

May 10, 2024
Page 2

Respectfully submitted,

**JENNER & BLOCK LLP**

By: */s/ Kayvan B. Sadeghi*
Kayvan B. Sadeghi\*
Joanna Wright\*
Andrew J. Lichtman\*
Emily S. Mannheimer\*
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
Fax: (212) 891-1699
ksadeghi@jenner.com
jwright@jenner.com
alichtman@jenner.com
emannheimer@jenner.com

**EWELL BROWN BLANKE & KNIGHT LLP**

Gary Ewell
111 Congress Ave., 28th floor
Austin, TX 78701
Tel: (512) 770-4010
Fax: (877) 851-6384
gewell@ebbklaw.com

\*admitted pro hac vice

*Attorneys for Defendants BProtocol Foundation, LocalCoin Ltd., Galia Ben-Artzi, Guy Ben-Artzi, Eyal Hertzog, and Yehuda Levi*