IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MISLAV BASIC, NATHAN GRUBER, KEVIN BOUDREAU, DANIEL SCHWAIBOLD, and KEITH ZACHARSKI, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>BPROTOCOL FOUNDATION, LOCALCOIN, LTD., GALIA BEN-ARTZI, GUY BEN-ARTZI, EYAL HERTZOG, YEHUDA LEVI, and BANCOR DAO, <br><br>Defendants. | § § § § § § § § § § § § § § § § § | 1:23-CV-533-RP |

## **FINAL JUDGMENT**

On this date, the Court adopted the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendants BProtocol Foundation, LocalCoin, Ltd., Galia Benartzi, Guy Ben-Artzi, Eyal Hertzog, and Yehuda Levi's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, (Dkt. 54). (R. & R., Dkt. 68). The Court's order granted the motion to dismiss and dismissed without prejudice Plaintiffs Mislav Basic, Nathan Gruber, Kevin Boudreau, Daniel Schwaibold, and Keith Zacharski's claims. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 6, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE